IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          Criminal No. 16-50001-002

JOSE LORENZO LEPE                                            DEFENDANT

O R D E R

Currently before the Court is the Defendant's pro se **Motion (Doc. 68)**, in which he requests a copy of "presentence and sentencing transcripts . . . to adequately address this Honorable Court as to issues in my case." Defendant has been convicted and sentenced, he did not pursue an appeal, he has not filed a 28 U.S.C. § 2255 motion, and he has no other matter pending in this Court.

Defendant does not state why he needs the requested documents and he is not entitled to them to go on a "fishing expedition" in the "hope of discovering a flaw in the proceedings which would entitle him to make a collateral attack on the judgment." Culbert v. United States, 325 F.2d 920, 922 (8th Cir. 1964); see also United States v. Herrera-Zaragosa, 84 Fed. Appx. 728, 729 (8th Cir. 2004) (affirming district court order denying defendant's request for transcripts and other court documents prior to the filing of a § 2255 motion); Jennings v. United States, 2010 W.L. 3200109 (E.D. Cal. Aug. 12, 2010) (denying defendant's request for documents, which included judgment and sentence, presentence report, and transcripts, as defendant failed to explain why the requested documents were specifically needed in relation to his pending § 2255 motion or what specifically he expected to find to show that his request was not merely a fishing expedition); United States v. Wilson, 2007 W.L.

4198210, *1 (S.D. Ill. Nov. 26, 2007) (denying defendant's motion for a free copy of the docket sheet, the indictment and his guilty plea and sentencing transcripts where he had no pending matter before the Court, and noting that, "Defendants have no constitutional right to a complimentary copy of any document in their court file" ).

Accordingly, Defendant's motion is hereby DENIED.

IT IS SO ORDERED this 27th day of September, 2018.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE